IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : 3:23-CR-00026 (KAD) |
| GLENN OZTEMEL and | : |
| EDUARDO INENECCO | : |

**MOTION FOR PERMISSION FOR LOCAL COUNSEL TO BE EXCUSED FROM PARTICIPATION IN COURT PROCEEDINGS**

Pursuant to Local Rule 83.1(d)(2), Defendant Glenn Oztemel moves the Court for permission for his undersigned counsel to be excused from attendance in Court and participation in other proceedings before the Court in this matter.

The Court previously granted a motion for out-of-state counsel to appear on behalf of Mr. Oztemel in this matter *pro hac vice*. *See* ECF No. 12. Out-of-state counsel, Nelson A. Boxer of Petrillo Klein & Boxer LLP, will be serving as Mr. Oztemel's primary counsel in this matter. Undersigned counsel understands that if this motion is granted, she will not be relieved from any other obligation of an appearing attorney.

For these reasons, we respectfully move the Court for permission for the undersigned counsel to be excused from attendance in Court and participation in other proceedings before the Court in this matter.

Dated: Stamford, Connecticut
March 10, 2023

Respectfully Submitted,

/s/
Jennifer B. Goldstein
SILVER GOLUB & TEITEL LLP
One Landmark Square
Stamford, Connecticut 06901
Phone: (203) 325-4491
jgoldstein@sgtlaw.com