# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Nelson A. Boxer
Direct Dial: (212) 370-0338
Cell: (917) 273-2693
nboxer@pkbllp.com

July 18, 2023

**By ECF**

Hon. Kari A. Dooley
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: *United States v. Oztemel, et al.*
**23 Crim. 26 (KAD)**

Dear Judge Dooley:

Counsel for the government has made the following representation to us (counsel for Glenn Oztemel) regarding our pending motion to compel compliance with the court's Standing Order on Criminal Discovery, § A (Am. Dec. 19, 2022):

> The government is presently in compliance with its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972), which are summarized in *United States v. Coppa*, 267 F.3d 132, 146 (2d Cir. 2001), as well as with its obligations under the Standing Order on Criminal Discovery of the District of Connecticut with respect to *Brady* and *Giglio* material.

Accordingly, we withdraw our pending motion to compel (*see* Dkts. 48, 49, 54, 56, and 59, et al.), and we respectfully request that the Court cancel the scheduled July 26, 2023, appearance before Your Honor.

Respectfully submitted,

/s/ Nelson A. Boxer

Nelson A. Boxer
David Hoffman
Chanel Thomas
Petrillo Klein & Boxer LLP
655 Third Avenue
New York, NY 10017