# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : S1 3:23-CR-00026 (KAD) |
| GLENN OZTEMEL, | : |
| GARY OZTEMEL and | : |
| EDUARDO INENECCO | : |

## DECLARATION OF NELSON A. BOXER

I, NELSON A. BOXER, do declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner of Petrillo Klein & Boxer LLP and I represent Glenn Oztemel in the above-referenced case. The below is based upon my personal knowledge as well as information shared with me by my colleagues.

2. A true and correct copy of the Yahoo Search Warrant Affidavit (DOJ-GLENNOZTEMEL-0000735621), dated April 28, 2020, is attached hereto as Exhibit A.

3. A true and correct copy of the Apple Search Warrant Affidavit (DOJ-GLENNOZTEMEL-0000735649), dated February 23, 2021, is attached hereto as Exhibit B.

4. A true and correct copy of the Yahoo Search Warrant (DOJ-GLENNOZTEMEL-0000735639), dated April 28, 2020, is attached hereto as Exhibit C.

5. A true and correct copy of the Apple Search Warrant (DOJ-GLENNOZTEMEL-0000735691), dated February 23, 2021, is attached hereto as Exhibit D.

6. A true and correct copy of the government's most recent discovery log, dated October 6, 2023, is attached hereto as Exhibit E. The discovery log identifies what documents were obtained by the government through execution of the Yahoo and Apple Warrants.

1

7. Defense counsels' review suggests that at least 51,000 of the 64,458 emails the government seized from Glenn Oztemel's Yahoo account are non-responsive. Defense counsels' review suggests that 1,472 of the emails the government seized pursuant to the Yahoo Warrant are responsive. The remaining emails have not yet been reviewed.

8. None of the thirty-two documents produced from Glenn Oztemel's Apple account are responsive.

9. A true and correct copy of an email, ███████████████████ ███████████████████████████████████████████████ is attached hereto as Exhibit F.

10. A true and correct copy of ███████████████████████ ███████████████████████████████████ is attached hereto as Exhibit G.

11. A true and correct copy of ████████████████████████ ████████████████████████████████████████████ ████████ is attached hereto as Exhibit H.

12. On April 6, 2023, government counsel informed me by phone that the government would not rely on the MLAT tolling provision under 18 U.S.C. § 3292 for the charges against Glenn Oztemel.

13. A true and correct copy of the government's July 9, 2019, Affidavit in Support of its Application for MLAT Tolling (DOJ-GLENNOZTEMEL-0002031139) is attached hereto as Exhibit I.

14. A true and correct copy of the government's August 8, 2023, Affidavit in Support of its Application for MLAT Tolling (DOJ-GLENNOZTEMEL-0002031145) is attached hereto as Exhibit J.

15. A true and correct copy of defense counsels' March 3, 2023, letter requesting particulars from the government is attached hereto as Exhibit K.

16. A true and correct copy of the March 8, 2023, letter from the government declining to provide particulars is attached hereto as Exhibit L.

17. The discovery produced demonstrates that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

18. A true and correct excerpt of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is attached hereto as Exhibit M.

19. A true and correct excerpt of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is attached hereto as Exhibit N.

20. A true and correct excerpt of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮—is attached hereto as Exhibit O. Google's translation service indicates that the Spanish term, "Fecha Cancelación," translates to "Cancelation Date."

21. A true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is attached hereto as Exhibit P.

22. A true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is attached hereto as Exhibit Q.

23. A true and correct copy of ████████████████████████████████████ ████████████████████████████████████ is attached hereto as Exhibit R.

24. A true and correct copy of ████████████████████████████████████ ████████████████████████████████████ is attached hereto as Exhibit S.

25. A true and correct copy of ████████████████████████████████████ ████████████████████████████████ is attached hereto as Exhibit T.

26. A true and correct copy of ████████████████████████████████████ ██████████████████████████████████ is attached hereto as Exhibit U.

27. A true and correct copy of ████████████████████████████████████ ████████████████████████████████ is attached hereto as Exhibit V.

I hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed on October 16, 2023.

_____
Nelson A. Boxer