# EXHIBIT B

# PKB_Project Glenn Oztemel
## Language Identification Summary

**Structured Analytics Set:** 20240118 - Language ID - All DOJ Documents     **Document set analyzed:** 20240118_Language ID Review - DOJ Documents

| Primary Language | Number of Documents | Percent of Documents |
|---|---|---|
| English | 1,005,774 | 77.0% |
| Other | 149,917 | 11.5% |
| Portuguese | 129,970 | 9.9% |
| Spanish | 13,055 | 1.0% |
| Unable to identify language | 3,333 | 0.3% |
| Russian | 1,284 | 0.1% |
| Danish | 946 | 0.1% |
| Dutch | 408 | 0.0% |
| French | 224 | 0.0% |
| Italian | 143 | 0.0% |
| German | 122 | 0.0% |
| Scots | 113 | 0.0% |
| Finnish | 112 | 0.0% |
| Galician | 80 | 0.0% |
| Slovak | 67 | 0.0% |
| Norwegian Nynorsk | 58 | 0.0% |
| Croatian | 55 | 0.0% |
| Norwegian | 49 | 0.0% |
| Indonesian | 45 | 0.0% |
| Xhosa | 40 | 0.0% |
| Interlingua | 33 | 0.0% |
| Czech | 29 | 0.0% |
| Latin | 27 | 0.0% |
| Kinyarwanda | 22 | 0.0% |
| Slovenian | 20 | 0.0% |
| Malay | 19 | 0.0% |
| Occitan | 19 | 0.0% |
| Rundi | 18 | 0.0% |
| Hungarian | 18 | 0.0% |
| Bosnian | 15 | 0.0% |
| Samoan | 14 | 0.0% |
| Romanian | 14 | 0.0% |
| Javanese | 13 | 0.0% |

# PKB_Project Glenn Oztemel
## Language Identification Summary

**Structured Analytics Set:** 20240118 - Language ID - All DOJ Documents     **Document set analyzed:** 20240118_Language ID Review - DOJ Documents

| Primary Language | Number of Documents | Percent of Documents |
|---|---|---|
| Irish | 12 | 0.0% |
| Sanskrit | 12 | 0.0% |
| Esperanto | 12 | 0.0% |
| Wolof | 12 | 0.0% |
| Hausa | 11 | 0.0% |
| Rhaeto-Romance | 11 | 0.0% |
| Interlingue | 10 | 0.0% |
| Manx | 10 | 0.0% |
| Hawaiian | 10 | 0.0% |
| Afar | 9 | 0.0% |
| Maltese | 8 | 0.0% |
| Hmong | 8 | 0.0% |
| Scottish Gaelic | 7 | 0.0% |
| Afrikaans | 7 | 0.0% |
| Catalan | 7 | 0.0% |
| Bislama | 7 | 0.0% |
| Welsh | 7 | 0.0% |
| Turkmen | 7 | 0.0% |
| Tonga | 7 | 0.0% |
| Shona | 6 | 0.0% |
| Haitian Creole | 6 | 0.0% |
| Latvian | 6 | 0.0% |
| Malagasy | 6 | 0.0% |
| Mauritian Creole | 6 | 0.0% |
| Nyanja | 6 | 0.0% |
| Sesotho | 5 | 0.0% |
| Guarani | 5 | 0.0% |
| Hebrew | 5 | 0.0% |
| Igbo | 5 | 0.0% |
| Estonian | 5 | 0.0% |
| Uzbek | 5 | 0.0% |
| Turkish | 4 | 0.0% |
| Sundanese | 4 | 0.0% |

## PKB_Project Glenn Oztemel
### Language Identification Summary

**Structured Analytics Set:** 20240118 - Language ID - All DOJ Documents    **Document set analyzed:** 20240118_Language ID Review - DOJ Documents

| Primary Language | Number of Documents | Percent of Documents |
|---|---|---|
| Swahili | 4 | 0.0% |
| Swedish | 4 | 0.0% |
| Corsican | 4 | 0.0% |
| Chinese | 4 | 0.0% |
| Basque | 4 | 0.0% |
| Serbian | 4 | 0.0% |
| Seselwa | 3 | 0.0% |
| Oromo | 3 | 0.0% |
| Nauru | 3 | 0.0% |
| Khasi | 3 | 0.0% |
| Akan | 3 | 0.0% |
| Siswant | 3 | 0.0% |
| Tswana | 3 | 0.0% |
| Waray-Waray | 3 | 0.0% |
| Yoruba | 2 | 0.0% |
| Tsonga | 2 | 0.0% |
| Albanian | 2 | 0.0% |
| Armenian | 2 | 0.0% |
| Lithuanian | 2 | 0.0% |
| Polish | 2 | 0.0% |
| Cebuano | 1 | 0.0% |
| Arabic | 1 | 0.0% |
| Chinese Traditional | 1 | 0.0% |
| Faroese | 1 | 0.0% |
| Ganda | 1 | 0.0% |
| Frisian | 1 | 0.0% |
| Venda | 1 | 0.0% |
| Vietnamese | 1 | 0.0% |
| Volapuk | 1 | 0.0% |
| Zulu | 1 | 0.0% |
| **Total Documents** | **1,306,374** | **100.0%** |

## Secondary Languages Summary

# PKB_Project Glenn Oztemel
## Language Identification Summary

**Structured Analytics Set:** 20240118 - Language ID - All DOJ Documents    **Document set analyzed:** 20240118_Language ID Review - DOJ Documents

| Language | Number of Documents | Percent of Documents |
|---|---|---|
| Other | 312,525 | 71.3% |
| English | 56,664 | 12.9% |
| Portuguese | 42,443 | 9.7% |
| Spanish | 8,494 | 1.9% |
| Russian | 3,364 | 0.8% |
| Danish | 2,843 | 0.6% |
| French | 2,331 | 0.5% |
| Dutch | 1,959 | 0.4% |
| Interlingua | 1,798 | 0.4% |
| Polish | 654 | 0.1% |
| Galician | 522 | 0.1% |
| Norwegian Nynorsk | 488 | 0.1% |
| Italian | 420 | 0.1% |
| German | 346 | 0.1% |
| Latin | 242 | 0.1% |
| Corsican | 228 | 0.1% |
| Armenian | 203 | 0.0% |
| Finnish | 194 | 0.0% |
| Serbian | 159 | 0.0% |
| Chinese | 142 | 0.0% |
| Swedish | 110 | 0.0% |
| Turkmen | 103 | 0.0% |
| Norwegian | 102 | 0.0% |
| Irish | 99 | 0.0% |
| Occitan | 96 | 0.0% |
| Esperanto | 92 | 0.0% |
| Afrikaans | 83 | 0.0% |
| Latvian | 78 | 0.0% |
| Malay | 73 | 0.0% |
| Greek | 72 | 0.0% |
| Interlingue | 65 | 0.0% |
| Bulgarian | 63 | 0.0% |
| Indonesian | 62 | 0.0% |

# PKB_Project Glenn Oztemel
## Language Identification Summary

**Structured Analytics Set:** 20240118 - Language ID - All DOJ Documents

**Document set analyzed:** 20240118_Language ID Review - DOJ Documents

| Language | Number of Documents | Percent of Documents |
|---|---|---|
| Scots | 59 | 0.0% |
| Slovenian | 58 | 0.0% |
| Sanskrit | 53 | 0.0% |
| Tatar | 52 | 0.0% |
| Turkish | 50 | 0.0% |
| Rhaeto-Romance | 46 | 0.0% |
| Guarani | 44 | 0.0% |
| Xhosa | 42 | 0.0% |
| Waray-Waray | 41 | 0.0% |
| Catalan | 39 | 0.0% |
| Basque | 38 | 0.0% |
| Romanian | 38 | 0.0% |
| Slovak | 37 | 0.0% |
| Chinese Traditional | 37 | 0.0% |
| Hebrew | 35 | 0.0% |
| Japanese | 32 | 0.0% |
| Dhivehi | 30 | 0.0% |
| Ukrainian | 29 | 0.0% |
| Haitian Creole | 27 | 0.0% |
| Malagasy | 25 | 0.0% |
| Maori | 24 | 0.0% |
| Arabic | 22 | 0.0% |
| Faroese | 21 | 0.0% |
| Sesotho | 21 | 0.0% |
| Estonian | 18 | 0.0% |
| Azerbaijani | 18 | 0.0% |
| Syriac | 16 | 0.0% |
| Uzbek | 16 | 0.0% |
| Mongolian | 16 | 0.0% |
| Czech | 16 | 0.0% |
| Kinyarwanda | 15 | 0.0% |
| Khasi | 13 | 0.0% |
| Frisian | 12 | 0.0% |

# PKB_Project Glenn Oztemel
## Language Identification Summary

**Structured Analytics Set:** 20240118 - Language ID - All DOJ Documents  **Document set analyzed:** 20240118_Language ID Review - DOJ Documents

| Language | Number of Documents | Percent of Documents |
|---|---|---|
| Belarusian | 11 | 0.0% |
| Javanese | 11 | 0.0% |
| Hungarian | 10 | 0.0% |
| Scottish Gaelic | 10 | 0.0% |
| Afar | 10 | 0.0% |
| Maltese | 10 | 0.0% |
| Korean | 10 | 0.0% |
| Manx | 9 | 0.0% |
| Bashkir | 9 | 0.0% |
| Croatian | 9 | 0.0% |
| Akan | 8 | 0.0% |
| Bosnian | 8 | 0.0% |
| Luxembourgish | 8 | 0.0% |
| Cebuano | 8 | 0.0% |
| Yiddish | 8 | 0.0% |
| Lithuanian | 7 | 0.0% |
| Kyrgyz | 6 | 0.0% |
| Georgian | 6 | 0.0% |
| Sundanese | 6 | 0.0% |
| Kazakh | 5 | 0.0% |
| Zulu | 5 | 0.0% |
| Hawaiian | 5 | 0.0% |
| Thai | 5 | 0.0% |
| Mauritian Creole | 5 | 0.0% |
| Wolof | 5 | 0.0% |
| Hausa | 5 | 0.0% |
| Rundi | 4 | 0.0% |
| Welsh | 4 | 0.0% |
| Albanian | 3 | 0.0% |
| Seselwa | 3 | 0.0% |
| Urdu | 2 | 0.0% |
| Samoan | 2 | 0.0% |
| Persian | 2 | 0.0% |

# PKB_Project Glenn Oztemel
## Language Identification Summary

**Structured Analytics Set:** 20240118 - Language ID - All DOJ Documents  **Document set analyzed:** 20240118_Language ID Review - DOJ Documents

| Language | Number of Documents | Percent of Documents |
|---|---|---|
| Abkhazian | 2 | 0.0% |
| Breton | 2 | 0.0% |
| Lingala | 2 | 0.0% |
| Greenlandic | 1 | 0.0% |
| Ganda | 1 | 0.0% |
| Kannada | 1 | 0.0% |
| Nauru | 1 | 0.0% |
| Hindi | 1 | 0.0% |
| Bislama | 1 | 0.0% |
| Tsonga | 1 | 0.0% |
| Quechua | 1 | 0.0% |
| **Total Documents** | **438,390** | **100.0%** |