UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | :     Crim. No. 3:23-cr-26 (KAD) |
| v. | : |
| GARY OZTEMEL | : |

**<u>FINAL ORDER OF FORFEITURE – MONEY JUDGMENT</u>**

WHEREAS, on June 24, 2024, defendant Gary Oztemel entered into a plea agreement with the United States in which he agreed to forfeit a sum of money in the amount of Three Hundred One Thousand, Five Hundred Seventy-Five Dollars ($301,575.00) in United States currency.

WHEREAS, the United States has filed a Motion for Final Order of Forfeiture, which would consist of a personal money judgment against the defendant in the amount of Three Hundred One Thousand, Five Hundred Seventy-Five Dollars ($301,575.00) in United States currency, which represents the total amount of forfeitable money derived from and involved in the illegal conduct charged in the Count to which the defendant pled guilty.

WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the defendant shall forfeit to the United States the sum of Three Hundred One Thousand, Five Hundred Seventy-Five Dollars ($301,575.00) in United State currency, pursuant to 18 U.S.C. § 981(a)(1)(c), and 28 U.S.C. § 2461(c). The defendant will set up a payment plan with the U.S. Marshals Forfeiture Unit within 30 days of release from custody or sentencing, whichever is later; and

2

IT IS FURTHER ORDERED that pursuant to 21 U.S.C. § 853(g)-(i), the United States may dispose of this property according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order to substitute property having a value not to exceed Three Hundred One Thousand, Five Hundred Seventy-Five Dollars ($301,575.00) to satisfy the money judgment in whole or in part.

SO ORDERED this  28th   day of October, 2024, at Bridgeport, Connecticut.

/s/ Kari A. Dooly
_____
KARI A. DOOLEY
UNITED STATES DISTRICT JUDGE